AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Marco Verch | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   19-cv-00741 |
| RELX Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reed Business Information Inc. (incorrectly sued herein as "RELX Inc.")

Date: 02/19/2019

*Attorney's signature*

Samuel A. Blaustein SB0790
*Printed name and bar number*

230 Park Avenue, 21st Floor
New York, New York 10169

*Address*

sblaustein@dunnington.com
*E-mail address*

(212) 682-8811
*Telephone number*

(212) 661-7769
*FAX number*